## 36645. BROWN v. BROWN.

Per curiam.

Appellant has not followed the appeal procedures required by law in domestic relations cases (Ga. Laws 1979, p. 619; Code Ann. § 6-701.1) .

*Appeal dismissed. All the Justices concur.*

Decided September 10, 1980.

*Paul R. Koehler,* for appellant.
*Malcolm H. Ringel,* for appellee.